# EXHIBIT D

Order #208339 Package #3 Dewar # NPB2019260861G Condition Monitor #99000512113301 - In Progress




## Temperature Data

| Sample # | Time (UTC) | Internal Temp °C | External Temp °C |
|---|---|---|---|
| 2 | 11/29/2021 08:02:31 | -195.75 | 22.50 |
| 3 | 11/29/2021 08:02:42 | -195.75 | 22.40 |
| 4 | 11/29/2021 08:03:42 | -196.15 | 22.00 |
| 5 | 11/29/2021 08:04:42 | -196.05 | 21.70 |
| 7 | 11/29/2021 08:05:14 | -196.15 | 21.50 |
| 8 | 11/29/2021 08:05:19 | N/A | 21.50 |
| 9 | 11/29/2021 08:05:41 | -195.95 | 21.80 |
| 11 | 11/29/2021 08:06:12 | -198.35 | 22.10 |
| 12 | 11/29/2021 08:06:43 | -198.85 | 22.00 |
| 13 | 11/29/2021 08:06:53 | -195.75 | 22.00 |
| 15 | 11/29/2021 08:07:20 | -195.95 | 21.90 |
| 16 | 11/29/2021 08:07:20 | -195.95 | 21.90 |
| 17 | 11/29/2021 08:11:53 | -195.75 | 20.90 |
| 18 | 11/29/2021 08:16:54 | -196.05 | 20.40 |
| 19 | 11/29/2021 08:21:54 | -196.15 | 19.80 |
| 20 | 11/29/2021 08:22:14 | -195.95 | 19.80 |
| 21 | 11/29/2021 08:26:54 | -196.05 | 19.50 |
| 22 | 11/29/2021 08:31:54 | -196.05 | 19.20 |
| 23 | 11/29/2021 08:36:54 | -196.05 | 19.00 |
| 24 | 11/29/2021 08:37:14 | -196.05 | 19.00 |
| 25 | 11/29/2021 08:41:55 | -196.05 | 18.80 |
| 26 | 11/29/2021 08:46:54 | -195.95 | 18.50 |
| 27 | 11/29/2021 08:51:53 | -195.75 | 17.60 |
| 28 | 11/29/2021 08:52:14 | -195.75 | 17.60 |
| 29 | 11/29/2021 08:56:54 | -195.95 | 17.00 |
| 30 | 11/29/2021 09:01:54 | -195.55 | 16.90 |
| 31 | 11/29/2021 09:06:49 | N/A | 17.10 |
| 33 | 11/29/2021 09:07:16 | N/A | 17.10 |

Yourway000300




## Temperature Data

| Sample # | Time (UTC) | Internal Temp °C | External Temp °C |
|---|---|---:|---:|
| 1 | 11/29/2021 08:02:07 | -195.25 | 20.50 |
| 2 | 11/29/2021 08:02:50 | -195.25 | 20.30 |
| 3 | 11/29/2021 08:03:50 | -195.45 | 19.90 |
| 4 | 11/29/2021 08:04:50 | -195.35 | 19.70 |
| 6 | 11/29/2021 08:05:25 | -195.45 | 19.70 |
| 7 | 11/29/2021 08:05:49 | -195.15 | 19.60 |
| 8 | 11/29/2021 08:06:50 | -195.45 | 19.40 |
| 9 | 11/29/2021 08:06:50 | -195.45 | 19.40 |
| 11 | 11/29/2021 08:07:26 | -195.25 | 19.40 |
| 12 | 11/29/2021 08:11:53 | -195.35 | 18.90 |
| 13 | 11/29/2021 08:16:54 | -195.15 | 18.70 |
| 14 | 11/29/2021 08:21:54 | -195.25 | 18.50 |
| 15 | 11/29/2021 08:22:20 | -195.25 | 18.50 |
| 16 | 11/29/2021 08:26:54 | -195.25 | 18.30 |
| 17 | 11/29/2021 08:31:54 | -195.45 | 18.20 |
| 18 | 11/29/2021 08:36:54 | -195.45 | 18.10 |
| 19 | 11/29/2021 08:37:21 | -195.55 | 18.10 |
| 20 | 11/29/2021 08:41:54 | -195.25 | 18.10 |
| 21 | 11/29/2021 08:46:53 | -195.35 | 17.60 |
| 22 | 11/29/2021 08:51:53 | -195.55 | 16.90 |
| 23 | 11/29/2021 08:52:21 | -195.55 | 16.90 |
| 24 | 11/29/2021 08:56:53 | -195.55 | 16.60 |
| 25 | 11/29/2021 09:01:54 | -195.55 | 16.50 |
| 26 | 11/29/2021 09:06:54 | -195.45 | 16.60 |
| 28 | 11/29/2021 09:07:33 | -195.55 | 16.60 |
| 29 | 11/29/2021 09:11:55 | -195.35 | 16.70 |
| 30 | 11/29/2021 09:13:09 | -195.65 | 16.80 |
| 31 | 11/29/2021 09:13:49 | -195.55 | 16.70 |

Yourway000277