# EXHIBIT E

Vincerx PHARMA

04 January 2023

YourWay Transport, Inc.
Attn: Gulam Jaffer, President
6681 Snowdrift Rd.
Allentown, PA 18106

Re: Material Breach of the Master Services Agreement (the "Agreement") entered by Vincerx Pharma, Inc. ("Vincerx") and YourWay Transport, Inc. ("YourWay") effective 15 February 2021.

Dear Mr. Jaffer,

You are hereby on notice that YourWay and/or its affiliates and/or its or their agents (collectively referred to herein as "YourWay") have materially breached its and/or their obligations under the Agreement with respect to the transportation, storage, and handling of certain highly valuable tissue cell bank materials (the "Materials") that were being handled, stored and transported by YourWay from Bayer AG in Wuppertal, Germany ("Bayer") to PCI Pharma Services in San Diego, California ("PCI"). Because of YourWay's negligence and material breach of the Agreement, Vincerx has suffered significant damages and hereby demands compensation from YourWay for those losses.

On its website, YourWay proclaims that it is a high-quality and experienced provider of solutions for packaging, global storage, and transportation of high-value biopharmaceutical materials. Further, in Section 3.1 of the Agreement, YourWay represents that it will provide its services "in accordance with the highest prevailing industry standards and practices for the performance of similar services". Additionally, in Section 7.4 of the Agreement, YourWay represents that, in rendering services, it will only engage employees, consultants, and contractors "with the proper skill, training, availability and experience to provide the Services."

Vincerx's reliance on these proclamations is why it chose YourWay as a contractual partner. As YourWay was well-aware, the Materials required it to exercise care to ensure their continued value to Vincerx. Nevertheless, while in the possession and control of YourWay, there was an event – caused by YourWay's negligence – whereby the Materials lost all value, as they are now no longer eligible for use in cGMP drug manufacturing. Vincerx placed its trust in YourWay, and YourWay failed to perform contrary to its advertised and contractually-represented standards.

The facts are clear. On or about 22 September 2021, Vincerx initiated a shipment with YourWay, under waybill 749174, for the pickup, transportation, storage, and handling of the Materials. YourWay took possession of the Materials on or about 30 November 2021 at Bayer's facilities. The Materials were routed by air through London and received by YourWay in Philadelphia, Pennsylvania on or about 04 December 2021. While in YourWay's possession and control, YourWay negligently failed to monitor the Materials *at all* beginning on or about 12-14 December 2021 leading to the loss of value.

260 Sheridan Avenue, Suite #400, Palo Alto, California 94306
650.800.6676
www.vincerx.com



EXHIBIT
37

Vincerx
PHARMA

Catastrophically, YourWay negligently "topped off" the containers used to store the materials improperly, i.e., it filled the wrong chamber of the vessel with liquid nitrogen (LN2). (Please see the YourWay Quality Instances and Investigations Report, report form number UKQI-2022-08 rev 1, dated 14 March 2022, the "Quality Report".) In the root cause analysis section of the Quality Report, page 4, YourWay's own quality department admits that the damage to the Materials was directly caused by YourWay's failure to correctly perform its services as described above. Among other things, the Quality Report specifically states that the "Cryoport shippers were not refilled in accordance with the latest instruction leaflet issued by Cryoport," and that the "outer Dewar container was not correctly filled with LN2..." These failures amount to negligence, and that negligence, and the consequences thereof, are a material breach of YourWay's duties under the Agreement.

It is important to note that YourWay failed to notify Vincerx *at all* of these fatal events, even though it clearly should have been aware of them on or about 12-14 December 2021. It wasn't until the Materials were finally received by PCI in San Diego, California, on or about 16 December 2021, that a *PCI representative* notified Vincerx that the Materials were compromised. So not only did YourWay negligently fail to top-off the containers, it clearly and negligently failed to monitor, *at any time during the transportation and storage process*, what it knew were Materials that were highly valuable to Vincerx.

YourWay's negligence and breach of the Agreement has resulted in a total loss of value of the Materials to Vincerx, as the Materials are no longer eligible for use in cGMP drug manufacturing. Vincerx must be compensated for all damages and costs associated with this loss, including, without limitation, costs and expenses associated with attempting to replace the Materials, qualifying the replacement materials for GMP manufacture, bridging studies to determine efficacy and toxicity, and comparative studies to materials currently in development. Further, delays in Vincerx's drug development programs and timelines, negative FDA regulatory approval implications, and other costs, risks, and uncertainties comprise additional damages.

Unless a resolution can be worked out that appropriately compensates Vincerx for its losses, Vincerx intends to pursue a claim for all damages and costs, which as of the date of this letter total in excess of $1.8 million. It is certainly our hope that YourWay will immediately take responsibility for this matter so that the parties can reach an acceptable resolution quickly, amicably, and cost-effectively. Nevertheless, if we have not received a prompt and acceptable response from YourWay, we will move forward with our damages claim.

In accordance with Section 11.4 of the Agreement, please immediately send to my attention (via FedEx, per Section 13.3 of the Agreement) copies of YourWay's insurance policies, including but not limited to professional liability and general liability insurance policies. Please also forward the waybill(s) and bill(s) of lading for the shipments that you undertook on Vincerx' behalf. Be reminded that failure to comply with this request would be in and of itself a breach of the Agreement.

Vincerx PHARMA

In addition, you are hereby on notice that YourWay has an affirmative legal obligation to preserve and maintain all information, materials, and documents, in any form and at any physical or virtual location, that may be even remotely relevant to its material breach of the Agreement, or discoverable in any action that may arise therefrom.

Sincerely,
**VINCERX PHARMA, INC.**

John FitzPatrick
Vice President, IP and Legal Operations

Copy: Tom C. Thomas, General Counsel and Chief Legal Officer