# EXHIBIT F

YOURWAY
THE BIOPHARMA SERVICES COMPANY
6681 Snowdrift Road Allentown, PA 18106
Telephone: 610. 395.9198 Fax: 610.391.9002

January 16, 2023

Vincerx Pharma

Attn: John FitzPatrick, VP-IP and Legal Operations

260 Sheridan Ave., Suite #400

Palo Alto, CA 94306

RE: Material Breach of Master services Agreement (the "Agreement") entered by Vincerx Pharma, Inc. ("Vincerx) and Yourway Transport, Inc. ("Yourway") effective 15 February 2021.

Dear Mr. FitzPatrick,

We are in receipt of your letter dated 04 January 2023 regarding the above referenced matter. The incident that you allege was a courier shipment between Germany and California which is identified under house BOL 249174. Under this waybill agreement, "the shipper agrees that the value of the property is released to an amount not exceeding $50.00 for any shipment of 100lbs or less, and not exceeding 50 cents per pound for shipments weighing in excess of 100lbs." Based upon the above exclusion provided on the BOL, Yourway is not responsible for any loss sustained to your product and seeks immediate release from any and all damages.

Sincerely,

Gulamali Jaffer, President

Yourway000015

EXHIBIT
38

YOURWAY
THE BIOPHARMA SERVICES COMPANY

Yourway Transport
6681 Snowdrift Road
Allentown, PA 18106

Operations:
610-395-9198 Main
610-391-9002 Fax
610-509-9722 Mobile

Waybill/Job#
**249174**
*249174*

Bill Shipper Account#
**20822**

Shipper's Reference

| | |
|---|---|
| **Shipper** P/U Agent Date 11/30/21 Time 1300 | **Consignee** |
| **Bayer AG, Gate I**<br>**Friedrich-Ebert-Str. 217**<br><br>**Wuppertal, DE 42117**<br><br>**Export/Import** | **PCI Pharma Services**<br>**6920 Carroll Rd**<br><br>**San Diego, CA 92121**<br><br>**Carissa Mok**<br>**815-441-0771** |

| | | | |
|---|---|---|---|
| Contents: | Declared Value<br><br>Customs Value<br>**USD** | Special Handling:<br>**LN2** | |
| Pieces: **3** | Weight: **105.0** | Dimensions - **57** x **69** x **57** | Print Consignee's Name / Date |

In Compliance with Part 109 please complete security endorsement
I certify that this shipment does not contain any unauthorized explosive or destructive devices or hazardous material. I consent to a search of this shipment. I am aware that this endorsement and original signature along with other shipping documents will be retained on file until the shipment is delivered.
**Shipper agrees to inspection and screening of cargo.**

X
Shipper's Signature Print Shipper's Name Date/Time

First ID
Type
Photo Y N
ID Expired Y N
ID Number

Second ID
Type
Photo Y N
ID Expired Y N
ID Number

Agent check here if inspected ☐

Consignee's Signature

Time

Unless a greater value is declared, the shipper agrees that the value of the property is released to an amount not exceeding $50.00 for any shipment of 100lbs or less, and not exceeding 50 cents per pound for shipments weighing in excess of 100lbs.

Job Type / Service Level
**Air Rush - Priority**