# EXHIBIT G

CNA

# HEALTHPRO ADVANCED MEDICAL TECHNOLOGY RENEWAL APPLICATION

333 S Wabash, 26 S
Chicago, IL 60604

Tel: (888) 600-4776

This is an application for a **CLAIMS MADE POLICY**. Should this application be accepted by the Company, coverage will apply to claims first made against the insured during the policy period. No coverage will apply for claims first made against the insured after the end of the policy period unless the extended reporting period applies. No coverage will apply for claims first made prior to the retroactive date shown in the declarations page of the policy. **The completion and submission of this application to the Company does not constitute a binder of insurance.** All questions must be answered.

If a question is not applicable, please answer "NA". If the answer to a question is none, state "None" or "0". If more space is required to answer a question completely, please provide a separate attachment and identify the question it responds to.

## APPLICANT INFORMATION FOR PROD/PROF LIABILITY

1. **Applicant:** Yourway Transport, Inc.
2. **Address:** 6681 Snaowdrift Rd
3. **Website Address:** Yourway.com
4. **All Named Insureds:**

**5. Describe changes involving your product(s) or operations (include details concerning new or discontinued products, new or discontinued services, companies acquired or sold, new clinical trials not on file with the Company):**

| |
|---|
| no change |
| |
| |

**6. Sales**

| | |
|---|---|
| **Projected U.S. Sales:** | 25mil |
| **Projected Foreign Sales:** | n/a |
| **Current Year Sales Estimate:** | 25mil |
| **Current Year Test Subject Estimate:** | n/a |

**Current policy year sales and test subject estimates to be audited after policy expiration.*

**7. Projected Clinical Trials**

| Product | # New Subjects Over Next Policy Period | Indications | Phase | Country |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| **Total Projected:** | | | | |

**8. Regulatory**

| | |
|---|---|
| **To the best of your knowledge are you in compliance with FDA Regulations or foreign agency equivalent?** | yes |
| **Any product recalls in the past year?** *(If yes, please submit details & recall status)* | n/a |
| **Within past 12 months, has there been any MDR's or AER's filed?** *(if yes, indicate the number of filings and the nature of each)* | n/a |

CNA

**HEALTHPRO ADVANCED MEDICAL TECHNOLOGY**
**RENEWAL APPLICATION**

333 S Wabash, 26 S
Chicago, IL 60604
Tel: (888) 600-4776

| | |
|---|---|
| **Date & result of most recent FDA inspection.** *(please submit a copy of Form 483 and your documented response)* | n/a |
| **Have any products or company practices been subject to an investigation by any government agency?** *(If yes, please explain)* | no |
| **Any clinical trials placed on a clinical hold? (**if yes, provide details) | no |
| **Do you audit Clinical Investigator performance?** | n/a |
| **Any warning letters issued against you in the last 3 years? (**if yes, please explain) | no |
| **Any FDA regulatory action taken against your company in past year?** *If yes, please submit details* | no |
| **Any known claims or occurrence(s) not yet reported?** | no |

**9. Please include the following with this application:**
- Most recent Annual Report/Audited Financial Statement or most recent 10K & 10Q.
- New protocols & informed consent documents per policy terms & conditions.

---

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties, including but not limited to fines, denial of insurance benefits, civil damages, criminal prosecution and confinement in state prison.

**Applicable in Colorado**
Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**Applicable in California**
For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Completing and signing this application does not bind coverage. Coverage will not be bound, nor will a policy be issued until the applicant signifies acceptance of the Company's premium quotation.

The undersigned **authorized officer of the applicant** knows of no other relevant facts which might affect the Company's judgment when considering this renewal application and warrants that the statements herein are true, and it is agreed that this renewal application shall be the basis of the renewal contract and shall be deemed incorporated therein should the Company evidence its acceptance of this renewal application by issuance of a renewal policy. It is agreed that this renewal application shall be on file with the Company and that it shall be deemed to be attached to and made part of the renewal policy, if issued, as if physically attached to the renewal policy.

Signature: Cathy Baker  Title: ____________

Print Name: Cathy Baker  Date: 2/2/23