**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY,<br>Plaintiff, | : | |
| v. | : | No. 5:26-cv-1329 |
| YOURWAY TRANSPORT, INC.,<br>Defendants. | : | |

**O R D E R**

**AND NOW**, this 11th day of June, 2026, upon consideration of Defendant Yourway Transport, Inc.'s Motion to Dismiss, or in the Alternative, Stay Proceedings, *see* ECF No. 15; Plaintiff Continental Casualty Company's Opposition Brief to Yourway Transport, Inc.'s Motion to Dismiss, or in the Alternative, Stay Proceedings, *see* ECF No. 17; and Defendant Yourway Transport, Inc.'s Reply in Further Support of its Motion to Dismiss, or in the Alternative, Stay Proceedings, *see* ECF No. 19; **IT IS ORDERED THAT**:

1. Defendant Yourway Transport, Inc.'s Motion to Dismiss, or in the Alternative, Stay Proceedings, ECF No. 15, is **GRANTED in part, as follows:**

   a. The above-captioned action is **STAYED** pending the resolution of the appeal of the underlying case, *Vincerx Pharma, Inc. v. Yourway Transport, Inc.*, No. S23C-09 003 MHC (Del. Super. Ct.), which is currently pending in the Delaware Supreme Court.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge